UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | Criminal Action No. 5:12-CR-102-JMH-1 |
| v. | ) | |
| ZAFAR IQBAL NASIR, Defendant. | ) | **MEMORANDUM OPINION & ORDER** |

* * * * * * *

This matter is before the Court upon the Report and Recommendation of United States Magistrate Judge Candace J. Smith [DE 508], wherein she recommends that Defendant-Petitioner Zafar Iqbal Nasir's Motion to Vacate under 28 U.S.C. § 2255 [DE 441] be denied. Specifically, Judge Smith thoroughly examined the record and found that, contrary to Nasir's claims, Nasir's guilty plea was knowing, intelligent and voluntary; his claims of ineffective assistance of counsel have no merit; and that his remaining non-ineffective assistance of counsel claims are barred by waiver, are procedurally defaulted, and are without merit [DE 508]. Judge Smith further recommended that Nasir's requests for an evidentiary hearing and appointment of counsel be denied, as the record in this case conclusively shows that Nasir is not entitled to relief

and Nasir has failed to demonstrate that justice requires appointment of counsel [*Id*.].

Generally, a judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636. However, when the petitioner fails to file any objections to the Report and Recommendation, as in the case *sub judice*, "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Consequently, and in the absence of any objections from Nasir, this Court adopts the well-articulated and detailed reasoning set forth in the Report and Recommendation as its own.

Finally, the Magistrate Judge recommends that no certificate of appealability should issue in this matter with respect to those claims raised under 28 U.S.C. § 2255. "A certificate of appealability may issue . . . only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). In order for a certificate to issue, Nasir must be able to show that reasonable jurists could find in his favor, and the "question is the debatability of the underlying federal constitutional claim, not the resolution of that debate." *Miller-El v. Cockrell*, 537 U.S. 322, 342 (2003). Again, in the

absence of objections from Nasir, the undersigned adopts the Report and Recommendation on this issue, and concludes that no certificate should issue as Nasir cannot make a substantial showing of the denial of a constitutional right.

Accordingly, **IT IS ORDERED** as follows:

(1) United States Magistrate Judge Candace J. Smith's Report and Recommendation [DE 508] is hereby **ADOPTED IN FULL** as the findings of fact and conclusions of law of the Court.

(2) Defendant-Petitioner Zafar Iqbal Nasir's Motion to Vacate under 28 U.S.C. § 2255 [DE 441] is hereby **DENIED**.

This the 28th day of February, 2017.




**Signed By:**

***Joseph M. Hood***

**Senior U.S. District Judge**